**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed May 9, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-24-00185-CV

---

### TARGET CORPORATION, Appellant

### V.

### JESUS A. CANTU TREVINO, Appellee

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 23-DCV-306488**

---

### MEMORANDUM OPINION

This is an attempted appeal associated with an order issued on February 12, 2024 granting appellee's motion for leave to file a late response to appellant's motion for summary judgment and an order signed February 22, 2024 denying appellant's motion for summary judgment. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain

interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). Neither of the contested orders is an appealable interlocutory order.

On April 2, 2024, appellant filed an unopposed motion to dismiss the appeal. Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.